FILED
2020 Jan-06  AM 10:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2018-01406 |
|---|---|---|

State or local Agency, if any _____ and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Sherrell L Hall | 205-920-6479 | |

Street Address: 112 Lakeshore Ridge, BIRMINGHAM, AL 35211

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| DOLLAR GENERAL DIST. CENTER | | 205-497-6800 |

Street Address: 4101 Lakeshore Pkwy, BESSEMER, AL 35022

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 02-14-2018   Latest: 02-14-2018
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a pregnant female. I was hired August 29, 2016, by the above referenced employer as a Picker. In January 2018, I informed my employer that I was pregnant. As a result of the pregnancy I began to have some complications and was placed on restrictions. Despite my employer knowing that I was having complications, I was written up for not being able to make my quota. I advised my employer that I was on lifting restrictions and provided medical documentation. I asked for a reasonable accommodation that would allow me to continue to work with the restrictions. However, I was advised that accommodations were only given to employees with temporary disabilities who are hurt on the job. Prior to disclosing my pregnancy, I have witnessed and been allowed to do other jobs or even leave work early due to minor ailments such as a toothache. However, these options were not provided to me as a pregnant female. I was advised that I had to take a leave of absence, which began on February 14, 2018. I believe that I have been discriminated against because of my pregnancy in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally signed by Sherrell Hall on 02-15-2018 12:34 PM EST

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)