FILED

2021 Mar-18  PM 04:11
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SHERRELL HALL, on behalf of herself and other similarly situated persons, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:20-cv-00012-LSC |
| DOLGENCORP, LLC, | ) ) | |
| Defendant. | ) | |

## ORDER

The Court acknowledges receipt of the parties' Joint Notice of Settlement filed on March 11, 2021 (doc. 43). Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** and **ORDERED** on March 18, 2021.

L. Scott Coogler
United States District Judge

202892